UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.08-13364
HON. PATRICK J. DUGGAN

LABORERS PENSION TRUST FUND-DETROIT & VICINITY, ET.AL,

    Plaintiff(s),

-v-

AMERICAN CONCRETE WALL, INC.,

    Defendant(s).
_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on December 15, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The defendants having filed an answer; therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for failure to serve defendants Davidson and Edward be and the same is hereby **SET ASIDE.**

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: December 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 15, 2008, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager