UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

LABORERS' PENSION TRUST FUND - DETROIT
AND VICINITY, Trustees of; LABORERS'
VACATION AND HOLIDAY TRUST FUND -
DETROIT AND VICINITY, Trustees of; LABORERS'
AND POURED CONCRETE WORKERS INSURANCE
FUND, Trustees of; LABORERS' AND POURED CONCRETE
WORKERS INDUSTRY STEWARD FUND, Trustees of;
LABORERS' ANNUITY FUND - DETROIT & VICINITY,
Trustees of; and MICHIGAN LABORERS' TRAINING FUND,
Trustees of; trust funds established under, and
administered pursuant to, federal law,

    Plaintiffs,
v                                                      Case No. 08-13364
                                                      HON. PATRICK J. DUGGAN
AMERICAN CONCRETE WALL, INC.

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs and attorneys fees to either party.

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: January 29, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 29, 2009, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

LABORERS' PENSION TRUST FUND - DETROIT
AND VICINITY, Trustees of; LABORERS'
VACATION AND HOLIDAY TRUST FUND -
DETROIT AND VICINITY, Trustees of; LABORERS'
AND POURED CONCRETE WORKERS INSURANCE
FUND, Trustees of; LABORERS' AND POURED CONCRETE
WORKERS INDUSTRY STEWARD FUND, Trustees of;
LABORERS' ANNUITY FUND - DETROIT & VICINITY,
Trustees of; and MICHIGAN LABORERS' TRAINING FUND,
Trustees of; trust funds established under, and
administered pursuant to, federal law,

    Plaintiffs,

v                                                         Case No. 08-13364
                                                        HON. PATRICK J. DUGGAN

AMERICAN CONCRETE WALL, INC.

    Defendant.
_____/

## STIPULATION

The parties, through their respective counsel, stipulate to the entry of the attached Order dismissing this matter with prejudice and without costs and attorneys fees to either party.

| | |
|---|---|
| SACHS WALDMAN,<br>PROFESSIONAL CORPORATION | COUZENS, LANSKY, FEALK, ELLIS, ROEDER,<br>& LAZAR, PC |
| /s/ George H. Kruszewski | /s/ David A. Lawrence w perm. GHK |
| GEORGE H. KRUSZEWSKI (P25857) | DAVID A. LAWRENCE (P48630) |
| Attorneys for the Funds | Attorneys for American Concrete Wall, Inc. |
| 1000 Farmer St. | 39395 W. 12 Mile Road |
| Detroit, MI 48226-2899 | Farmington Hills, Michigan 48331 48439 |
| (313) 965-3464 PHONE | (248) 489-8600 (phone) |
| (313) 965-0268 FAX | (248) 324-2641 (fax) |
| gkruszewski@sachswaldman.com | david.lawrence@couzens.com |

Dated:   January 29, 2009